**CRIMINAL PROCEEDINGS – U.S. DISTRICT COURT, EDVA, NORFOLK DIVISION**

## SENTENCING MINUTES

DATE: MAY 1, 2026                                   CASE NUMBER: 2:25-CR-118
JUDGE: GIBNEY                                        CT REPORTER: PAUL MCMANUS, OCR

UNITED STATES OF AMERICA                    CLAYTON LAFORGE, AUSA

v.                                                                    COUNSEL

RYAN MATTHEW STASKYWICZ            JAMES BROCCOLETTI, ESQ.

                                                     ☒ Criminal Information
**SENTENCING ON COUNT(S):   ONE**          ☐ Indictment ☐ Superseding Ind.

**PRELIMINARY MATTERS:** NO OBJECTIONS TO THE PSR. THE COURT ADOPTS THE UNDISPUTED FACTUAL PORTION OF THE PSR AS FINDING OF FACT.
M. FOR VARIANCE – GRANTED.

**OBJECTIONS TO PSR:** _____

_____

**STATEMENTS MADE BY:**  GOV'T ☒   DEFENSE COUNSEL ☒   DEFT ☒

**ON MOTION OF GOV'T.,  ☐ INDICTMENT  ☐ REMAINING CTS. DISMISSED.**

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**
ON: _____ BY: _____
☐ IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN NORFOLK

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today   ☒

DEFT REMANDED TO CUSTODY   ☒

CASE SET: 12:00 PM        BEGAN: 12:01 PM                ENDED: 12:34 PM
TIME IN COURT: 33 MINUTES

**<u>SENTENCE TEXT</u>**

**COUNT ONE**       IMPRISONMENT 60 MOS.    CONCURRENT ☐   CONSECUTIVE ☐

CREDIT FOR TIME SERVED ON THIS CHARGE ☒

SUPERVISED RELEASE 5 YEARS

PROBATION _____ YEARS

FINE $_____    ☒ Fine not imposed

SPECIAL ASSESSMENT $100 due immediately

**COUNT** _____       IMPRISONMENT _____ MOS.   CONCURRENT ☐  CONSECUTIVE ☐

SUPERVISED RELEASE _____ YEARS      CONCURRENT ☐

PROBATION _____ YEARS      CONCURRENT ☐

FINE $_____    ☐ Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT** _____       IMPRISONMENT _____ MOS.   CONCURRENT ☐  CONSECUTIVE ☐

SUPERVISED RELEASE _____ YEARS      CONCURRENT ☐

PROBATION _____ YEARS      CONCURRENT ☐

FINE $_____    ☐ Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE** ☒
        **ENTERED ON 12/17/2025 (ECF No. 44)

**RESTITUTION ORDERED** ☐

**RECOMMENDATION(S) TO BOP:**
☒ Designate dft. to a facility near          ☐ Designate dft. to FCI _____
   Norfolk, VA
☒ Educational / Vocational training          ☒ BOP 500-hr intensive drug treatment program
☒ OTHER: Any Sex Abuse Treatment Programs

## <u>SPECIAL CONDITIONS of Probation / Supervised Release</u>:

1. ☒ Incur no new credit card charges or open additional lines of credit without approval of probation officer
2. ☒ Provide probation officer with access to requested financial information
3. ☒ Participate, at no cost to the defendant, in a program for substance abuse, may include residential treatment and shall include testing
4. ☒ Participate, at no cost to the defendant, in a program for mental health treatment
   - ☒ Psychosexual evaluation
   - ☒ Participate in sex offender treatment
5. ☒ Defendant shall waive all rights of confidentiality regarding substance abuse/mental health treatment (or other treatment) to allow release of information to probation officer and authorize communication between probation officer and treatment provider
6. ☒ Defendant shall not consume any alcohol, marijuana, any mood-altering substances or any substances containing THC, even if it becomes legal, unless prescribed by a medical profesional
7. ☒ Any balance remaining unpaid on the special assessment at the inception of supervision shall be paid by the defendant in monthly installments of not less than $10.00, until paid in full. Said payments shall commence 60 days after defendant's supervision begins.
8. ☒ Defendant to apply monies received from tax refunds, lottery winnings, and any anticipated or unexpected financial gains to the Court-ordered financial obligation
9. ☒ Defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school
10. ☒ Defendant shall comply with the requirements of the computer-monitoring program as administer by the probation office, allow the probation officer to install computer monitoring software on any computer the defendant uses.
    - ☒ Costs of monitoring are to be paid by the government
    - ☒ Defendant shall allow the probation officer to conduct initial and periodic unannounced searches of any computers subject to computer monitoring
    - ☒ Defendant shall warn any other people who use these computers that the computers may be subject to searches pursuant to this condition
    - ☒ Defendant shall submit to a search of all computers, electronic communications, data storage devices, or media
    - ☒ Defendant shall submit any records requested by the probation officer to verify compliance with the Defendant's conditions
11. ☒ Defendant shall disclose to the probation office all computers and similar devices that provide access to the Internet, the defendant owns, possesses, or uses.
    - ☒ Defendant shall not possess or use any computer or similar device, including use of computers at work, unless the Defendant cooperates with the probation office's computer monitoring program or receives permission from the probation office
    - ☒ Defendant shall permit to random, unannounced inspections on any unmonitored computer or similar device under the defendant's control to ensure compliance
12. ☒ Defendant at the direction of the probation officer shall notify his employer of the nature of his conviction and the fact that the defendant's conviction, related conduct, or prior criminal history was facilitated by the use of a computer and/or Internet
    - ☒ Defendant's employer shall be approved in advance by probation and the probation officer shall confirm the Defendant's compliance with this notification requirement and possible Internet monitoring of his computer at employment
13. ☒ Defendant shall not utilize, by any means, any social networking forums offering an interactive, user-submitted network of friends, personal profiles, blogs, chat rooms, or other environment, including but not limited to YouTube, Facebook, or Instagram, without prior permission from the probation officer. Defendant shall provide account information to the probation officer, including usernames and passwords